AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.

LONNIE SMITH-MATTHEWS

*Defendant(s)*

Case No. 25-mj-7245-JCB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 25 and August 24, 2024 in the county of Suffolk in the District of Massachusetts, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 641 | Theft of government funds |
| 18 U.S.C. § 1344(1) | Bank Fraud |

This criminal complaint is based on these facts:

See Attached Affidavit of Special Agent Robert Quan.

☑ Continued on the attached sheet.

Robert Quan

*Complainant's signature*

Special Agent Robert Quan

*Printed name and title*

Subscribed and sworn to before me telephonically pursuant to Rule 4.1(a)

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

Date: 5:55 PM, Jun 4, 2025

Jennifer C. Boal

*Judge's signature*

City and state: Boston, Massachusetts

Hon. Jennifer C. Boal, U.S. Magistrate Judge

*Printed name and title*